UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

Case Number __CR12 C560__  Defendant Number __2__
U.S.A. v. __KAREN GASPARIAN__   Year of Birth __1980__
☑ Indictment   ☐ Information   Investigative agency (FBI, DEA, etc.) __FBI__

**NOTE:** All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

### OFFENSE/VENUE

a. Offense charged as a:
   ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
   ☐ Petty Offense   ☐ Class B Misdemeanor
b. Date of offense __2006-March 2012__
c. County in which first offense occurred
   __LOS ANGELES__
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles         ☐ Ventura
   ☐ Orange              ☐ Santa Barbara
   ☐ Riverside           ☐ San Luis Obispo
   ☐ San Bernardino      ☐ Other _____
Citation of offense
__18 U.S.C. § 371; 31 U.S.C. §§ 5324(a)(1), 5318(h)__

### RELATED CASE
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
  IF YES  Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any:  **MUST MATCH NOTICE OF RELATED CASE** _____

### PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: _____
  Case Number _____
  Charging _____

The complaint:   ☐ is still pending
  ☐ was dismissed on: _____

### COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
  ☐ Yes*                    ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*                    ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information
IS THIS A NEW DEFENDANT ?   ☑ Yes      ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
  ☐ Yes*         ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*         ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
  ☐ Yes                     ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes   ☑ No
IF YES, list language and/or dialect: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

**OTHER**
- ☐ Male
- ☐ U.S. Citizen
- ☐ Female
- ☐ Alien

Alias Name(s) _____

_____

This defendant is charged in:    ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ☑ No
IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☑ government fraud
- ☐ environmental issues
- ☐ narcotics offenses
- ☐ violent crimes/firearms
- ☑ Other: Bank Secrecy Violations
- ☐ public corruption
- ☐ tax offenses
- ☐ mail/wire fraud
- ☐ immigration offenses
- ☐ corporate fraud

_____
_____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?    ☐ Yes    ☐ No
d. Is a Fugitive    ☐ Yes    ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.    ☑ Yes    ☐ No

Defendant is **in** custody:
a. Place of incarceration:    ☐ State    ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:    ☐ Yes    ☐ No
   IF YES ☐ State    ☐ Federal    ☐ Writ of Issue
f. Awaiting trial on other charges:    ☐ Yes    ☐ No
   IF YES ☐ State    ☐ Federal    AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____
_____
_____
_____
_____

Date June 12, 2012 _____

_/s/_ Signature of Assistant U.S. Attorney

DAVID L. KIRMAN
*Print Name*