FILED

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   DAVID L. KIRMAN (Cal. SBN: 235175)
4  Assistant United States Attorney
        1100 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-4442
        Facsimile: (213) 894-6289
7       E-mail: david.kirman@usdoj.gov

2012 JUN 12 PM 3:45
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

            UNITED STATES DISTRICT COURT

          FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )  Case No. CR12 0560
                                 )
             Plaintiff,          )
                                 )  GOVERNMENT'S NOTICE OF REQUEST
                                 )  FOR DETENTION
        v.                       )
                                 )
KAREN GASPARIAN,                 )
                                 )
             Defendant.          )
_____)

        Plaintiff, United States of America, by and through its
counsel of record, hereby requests detention of defendant and gives
notice of the following material factors:

     ____  1.   Temporary 10-day Detention Requested (§ 3142(d))
               on the following grounds:

          ____  a.  present offense committed while defendant was on
                    release pending (felony trial), (sentencing),
                    (appeal), or on (probation) (parole); or

|     |     |     |     |
| --- | --- | --- | --- |
| 1   |     | ___ | b. defendant is an alien not lawfully admitted for |
| 2   |     |     | permanent residence; <u>and</u> |
| 3   |     | ___ | c. defendant may flee; or |
| 4   |     | ___ | d. pose a danger to another or the community. |
| 5   | _X_ | 2.  | <u>Pretrial Detention Requested (§ 3142(e)) because no |
| 6   |     |     | condition or combination of conditions will |
| 7   |     |     | reasonably assure</u>: |
| 8   |     | _X_ | a. the appearance of the defendant as required; |
| 9   |     | _X_ | b. safety of any other person and the community. |
| 10  |     | 3.  | <u>Detention Requested Pending Supervised |
| 11  |     |     | Release/Probation Revocation Hearing (Rules |
| 12  |     |     | 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>: |
| 13  |     | ___ | a. defendant cannot establish by clear and |
| 14  |     |     | convincing evidence that he/she will not pose a |
| 15  |     |     | danger to any other person or to the community; |
| 16  |     | ___ | b. defendant cannot establish by clear and |
| 17  |     |     | convincing evidence that he/she will not flee. |
| 18  |     | 4.  | <u>Presumptions Applicable to Pretrial Detention (18 |
| 19  |     |     | U.S.C. § 3142(e))</u>: |
| 20  |     | ___ | a. Title 21 or Maritime Drug Law Enforcement Act |
| 21  |     |     | ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense |
| 22  |     |     | with 10-year or greater maximum penalty |
| 23  |     |     | (presumption of danger to community and flight |
| 24  |     |     | risk); |
| 25  |     | ___ | b. offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, |
| 26  |     |     | or 2332b(g)(5)(B) with 10-year or greater maximum |
| 27  |     |     | penalty (presumption of danger to community and |
| 28  |     |     |     |

2

flight risk);

____ c. offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

____ d. defendant currently charged with an offense described in paragraph 5a - 5e below, AND defendant was previously convicted of an offense described in paragraph 5a - 5e below (whether Federal or State/local), AND that previous offense was committed while defendant was on release pending trial, AND the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

____ 5. Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves:

____ a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

____ b. an offense for which maximum sentence is life imprisonment or death;

|     |     |     |     |
| --- | --- | --- | --- |
| 1   |     | ____ c. | Title 21 or MDLEA offense for which maximum |
| 2   |     |     | sentence is 10 years' imprisonment or more; |
| 3   |     | ____ d. | any felony if defendant has two or more |
| 4   |     |     | convictions for a crime set forth in a-c above or |
| 5   |     |     | for an offense under state or local law that |
| 6   |     |     | would qualify under a, b, or c if federal |
| 7   |     |     | jurisdiction were present, or a combination or |
| 8   |     |     | such offenses; |
| 9   |     | ____ e. | any felony not otherwise a crime of violence that |
| 10  |     |     | involves a minor victim or the possession or use |
| 11  |     |     | of a firearm or destructive device (as defined in |
| 12  |     |     | 18 U.S.C. § 921), or any other dangerous weapon, |
| 13  |     |     | or involves a failure to register under 18 U.S.C. |
| 14  |     |     | § 2250; |
| 15  |     | _X_ f. | serious risk defendant will flee; |
| 16  |     | ____ g. | serious risk defendant will (obstruct or attempt |
| 17  |     |     | to obstruct justice) or (threaten, injure, or |
| 18  |     |     | intimidate prospective witness or juror, or |
| 19  |     |     | attempt to do so). |
| 20  | ____ | 6. | Government requests continuance of ____ days for |
| 21  |     |     | detention hearing under § 3142(f) and based upon the |
| 22  |     |     | following reason(s): |

23
24
25
26 //
27 //
28

4

1  ____    7.   Good cause for continuance in excess of three days
2               exists in that:
3               _____
4               _____
5               _____
6
7  DATED: June 12, 2011              Respectfully submitted,
8                                    ANDRÉ BIROTTE JR.
                                     United States Attorney
9
                                     ROBERT E. DUGDALE
10                                   Assistant United States Attorney
                                     Chief, Criminal Division
11
12                                   _____
                                     DAVID L. KIRMAN
13                                   Assistant United States Attorney
                                     Major Frauds Section
14
                                     Attorneys for Plaintiff
15                                   UNITED STATES OF AMERICA