# EXHIBIT 1-A

# Exhibit A

| Bundle Number | Transaction Date (Appx. Date in Red) | Customer Name(s) | Sum of Checks in Bundle | Check Number, Last Check in Bundle | Amount, Last Check in Bundle | Date on Check | Payee | Payer | Page | Item # |
|---|---|---|---|---|---|---|---|---|---|---|
| 86 | 9/29/06 | No Name on Sheet | $10,654.63 | 4227 | $2,950.00 | 9/26/06 | Dyzers Advertising | California Auto Body | 15 | 19 |
| 101 | 10/12/06 | No Name on Sheet | $27,960.21 | 1283 | $2,295.00 | 10/11/06 | Blanco Ramirez | Healthy Choice Medical Supply | 634 | 1895 |
| 118 | 11/1/06 | No Name on Sheet | $15,000.00 | 89101/3502 | $15,000.00 | 10/31/06 | Eduardo M. Lacan | Washington Mutual Bank | 521 | 1733 |
| 188 | 12/12/06 | No Name on Sheet | $19,793.00 | 2554 | $45.00 | 12/11/06 | Emma Estrada | Jonathan C. McCown | 160 | 1133 |
| 223 | 1/8/07 | No Name on Sheet | $20,090.00 | 2745 | $2,270.00 | 1/8/07 | Corner Office Equipment | LLS Actual Diagnostics Incorporated | 452 | 2926 |
| 238 | 1/11/07 | No Name on Sheet | $16,300.00 | 1052 | $4,300.00 | 1/10/07 | Rich Barron | Dyzzer | 411 | 2808 |
| 251 | 1/23/07 | No Name on Sheet | $19,280.00 | 1934 | $2,250.00 | 1/24/07 | Tarzana Diagnostics Incorporated | Prime Imaging Incorporated | 353 | 2692 |
| 300 | 2/20/07 | No Name on Sheet | $47,000.00 | 1019 | $9,600.00 | 2/20/07 | Alfredo Hernendez | Commerce Medical Supply | 135 | 2256 |
| 301 | 2/20/07 | No Name on Sheet | $27,850.00 | 1337 | $9,950.00 | 2/21/07 | American Wholesale | Intymak Medical | 136 | 2259 |
| 356 | 3/2/07 | No Name on Sheet | $28,900.00 | 1451 | $2,500.00 | 3/2/07 | Nicelasa Ramirez | Ameribest Medical Supplies Incorporated | 590 | 3989 |
| 415 | 4/2?/07 | No Name on Sheet | $14,949.73 | 671/2177906 | $9.73 | 4/20/07 | Gery Mursky | A T & T | 371 | 3562 |
| 467 | 6/4/07 | No Name on Sheet | $14,700.00 | 132 | $9,200.00 | 6/3/07 | SPK Supply Incorporated | Tag Jewelery | 164 | 3243 |
| 565 | 8/21/07 | No Name on Sheet | $15,242.14 | 29037 | $2,849.67 | 8/20/07 | Air Cool Supply | Southland HVAC and Construction | 580 | 5212 |
| 774 | 12/22/08 | No Name on Sheet | $37,255.35 | 3962 | $4,755.00 | 12/17/08 | Ana Machado | Law Offices of Armen Artinyan | 25 | 6203 |
| 776 | 12/23/08 | No Name on Sheet | $20,202.00 | 334 | $550.00 | 12/16/08 | Luiza Aroyan | Baree Kanck Management Services Incorp | 16 | 6178 |
| 795 | 1/26/09 | No Name on Sheet | $28,000.00 | 2040 | $6,931.77 | 1/22/09 | CBS Laboratories | Medex Laboratories | 33 | 6509 |
| 801 | 1/29/09 | No Name on Sheet | $10,575.00 | 8890 | $4,713.00 | 1/29/09 | A-Z Computer Tech | Mother Theresa's Home Health Care | 4 | 6401 |
| 828 | 3/4/09 | No Name on Sheet | $14,576.00 | 1273 | $4,927.61 | 2/28/09 | A-Z Lab Supply | Micrex | 110 | 7289 |
| 838 | 3/16/09 | No Name on Sheet | $50,263.00 | 4210 | $1,000.00 | 3/13/09 | Samuel Avagyan | Law Offices of Armen Artinyan | 65 | 7150 |
| 842 | 3/18/09 | No Name on Sheet | $36,000.00 | 1293 | $6,310.13 | 3/18/09 | Commerce Medical Supplies | Micrex | 55 | 7123 |
| 846 | 3/20/09 | No Name on Sheet | $16,000.00 | 2102 | $9,561.39 | 3/20/09 | Dyzzer Advertising | Medex Laboratories | 47 | 7106 |
| 670 | 12/3/07 | None | $16,116.00 | 1700 | $3,791.32 | 11/22/07 | Genuine Wholesalers | Healthy Choice Medical Supply | 131 | 4366 |
| 681 | 12/12/07 | None | $12,648.00 | 1710 | $3,791.40 | 12/4/07 | TIA Wholesale | Healthy Choice Medical Supply | 89 | 4266 |
| 698 | 12/26/07 | None | $12,240.00 | 1722 | $2,250.89 | 12/21/07 | Quenane Marketing | Healthy Choice Medical Supply | 19 | 4154 |
| 137 | 11/9/06 | Cut off | $19,505.00 | 1028 | $4,980.00 | 11/7/06 | California Medical Equipment | Senior Medical Supply Incorporated | 455 | 1617 |

**$521,632.06**