# EXHIBIT 1-B

# Exhibit B

## Itemization of Over-$10k "Bundled" Transactions

| Bundle Number | Transaction Date (Appx. Dates in Red) | Customer Name(s) | Sum of Checks in Bundle |
|---|---|---|---|
| 591 | 9/19/07 | Armen and Artur | $10,100.00 |
| 535 | 7/24/07 | Levon and Lova | $10,158.00 |
| 33 | 8/7/06 | Lova and Harut | $10,223.00 |
| 634 | 11/2/07 | Ashot and Harut | $10,233.00 |
| 836 | 3/16/09 | Armen and Arter | $10,375.00 |
| 134 | 11/9/06 | Stephen and Ashot | $10,375.00 |
| 524 | 7/16/07 | Hovik and Serag | $10,384.80 |
| 237 | 1/11/07 | Ashot and Lova | $10,410.00 |
| 768 | 12/17/08 | Ashot and Harut | $10,620.00 |
| 199 | 12/18/06 | Ashot and Lova | $10,640.00 |
| 758 | 12/9/08 | Ashot and Harut | $10,700.00 |
| 584 | 9/17/07 | None and Stepan | $10,816.40 |
| 566 | 8/22/07 | Armen and Artur | $10,870.00 |
| 620 | 10/16/07 | Ashot and Lova | $10,894.00 |
| 460 | 5/30/07 | Gena and Alex | $10,960.16 |
| 544 | 8/1/07 | Armen and Artur | $10,961.07 |
| 680 | 12/11/07 | Arman and Anatol | $11,000.00 |
| 10 | 7/19/06 | Arche, Inon, and Ste | $11,020.00 |
| 179 | 12/6/06 | Arman and Anatoli | $11,100.00 |
| 650 | 11/16/07 | Ashot and Harut | $11,172.00 |
| 209 | 12/27/06 | Artur and Arman | $11,295.00 |
| 503 | 6/28/07 | Armen and Artur | $11,386.81 |
| 686 | 12/17/07 | Artur and Lova | $11,389.00 |
| 157 | 11/24/06 | Artur and Arman | $11,403.47 |
| 116 | 10/31/06 | Artur and Arman | $11,500.00 |
| 487 | 6/15/07 | Jena and Anatol | $11,711.00 |
| 502 | 6/28/07 | Alex and Gena | $11,723.80 |
| 413 | 4/25/07 | Ashot and Harut | $11,855.00 |
| 248 | 1/23/07 | Ashot and Lova | $11,995.00 |
| 614 | 10/12/07 | Armen and Artur | $12,000.00 |
| 876 | 4/8/09 | Armen and Artur | $12,000.00 |
| 685 | 12/14/07 | Armen and Aryer | $12,000.00 |
| 438 | 5/10/07 | Ashot and Harut | $12,020.73 |
| 916 | 11/9/09 | Artur and Armen | $12,022.37 |
| 225 | 1/8/07 | Ashot and Lova | $12,029.00 |
| 716 | 11/10/08 | Armen and Artur | $12,088.50 |
| 637 | 11/5/07 | Artur and Armen | $12,291.60 |
| 648 | 11/16/07 | Harut and Ashad | $12,370.00 |
| 571 | 8/28/07 | Armen and Artur | $12,376.98 |
| 577 | 9/5/07 | Armen and Artur | $12,808.15 |
| 844 | 3/18/09 | Armen and Gagik | $13,000.00 |
| 71 | 9/14/06 | Alex, Margarita | $13,072.00 |
| 849 | 3/20/09 | Armen and Gagik | $13,100.00 |
| 261 | 1/30/07 | Lova and Stepan | $13,144.00 |

## Information from Last Check in Referenced Bundle

| Check Number, Last Check in Bundle | Amount, Last Check in Bundle | Date on Check | Payee | Payer | Last Check Cross Reference Location | |
|---|---|---|---|---|---|---|
| | | | | | Page | Item # |
| 1149 | $2,672.95 | 9/19/07 | Sims Diagnostics | Micrex | 457 | 5003 |
| 61184601 | $6,960.00 | 6/28/07 | Meri Grigoryan | Omni Insurance Company | 719 | 5451 |
| 1714 | $400.00 | 8/1/06 | Garik Hovanesyan | Tarzana Diagnostic Incorporated | 321 | 498 |
| 1076 | $2,991.00 | 10/31/07 | Hye Tech Associates | Intelli-Health Medical Industries | 261 | 4628 |
| 2596 | $1,675.00 | 3/12/09 | New Age Advertising | C and A Advertising Incorporated | 62 | 7138 |
| 139 | $2,685.00 | 11/9/06 | Sunset Reality Association | Sparkles Jewelery | 445 | 1602 |
| 1555 | $4,855.30 | 7/11/07 | Financial Consulting Group | Healthy Choice Medical Supply | 743 | 5497 |
| 105 | $3,510.00 | 1/12/07 | Natasha Arlov | Gevorg G. Karapetian | 409 | 2804 |
| 1012 | $3,920.00 | 8/25/08 | Typing News Group | VK Software | 29 | 6214 |
| 1005 | $940.00 | 12/19/06 | Grand Tech Association | Astghik Sahakyan Prolink Services | 119 | 1034 |
| 222 | $9,700.00 | 12/9/08 | New World Services | Vertex International Trading Incorporated | 55 | 6284 |
| 1627 | $3,390.50 | 9/13/07 | West Side Communications | Healthy Choice Medical Supply | 471 | 5029 |
| 1146 | $1,005.95 | 8/22/07 | Abbott Diagnostic | Medex Laboratories | 573 | 5199 |
| 2017 | $3,241.00 | 10/16/07 | New World Services Incorporat | Intellihealth Medical Industries | 335 | 4771 |
| 1719 | $2,170.00 | 7/24/07 | California Advertising Strategie | Stim Diagnostic Incorporated | 203 | 3289 |
| 5008 | $3,261.07 | 8/1/07 | Abbott Diagnostic | Medex Laboratories | 677 | 5362 |
| 137 | $3,600.00 | 12/10/07 | Computer Depot | Annual Minutes Compliance Board | 103 | 4287 |
| 1862 | $510.00 | 7/19/06 | Varasdet Mauelelan | L And S Diagnostic Center Incorporated | 445 | 669 |
| 1143 | $4,850.00 | 12/1/06 | Volodya Menshou | PDTS Incorporated | 191 | 1190 |
| 2029 | $2,834.00 | 11/15/07 | Hye Tech Associates | Intellihealth Medical Industries | 213 | 4525 |
| 2719 | $2,430.00 | 12/28/06 | Omega Enterprise Services | LLS Actual Diagnostic Incorporated | 25 | 837 |
| 1293 | $6,521.81 | 6/28/07 | ACE Diagnostic | Medex Laboratories | 11 | 3031 |
| 6334 | $1,443.00 | 12/10/07 | Echelon Computer Association | California Auto Body | 69 | 4240 |
| 1344 | $2,398.47 | 11/21/06 | Advanced Medical Supply | Community Alcohol and Drug Treatment | 319 | 1427 |
| 1025 | $4,800.00 | 10/31/06 | Exilon | Dyzzer | 529 | 1743 |
| 1341 | $6,000.00 | 5/15/07 | Horizon | Image Diagnostics Incorporated | 95 | 3136 |
| 1750 | $4,000.00 | 6/26/07 | JFA | Stim Diagnostic Incorporated | 9 | 3028 |
| 2022 | $9,855.00 | 4/25/07 | Hye Tech Associates | KMG Diagnostic Incorporated | 391 | 3590 |
| 141 | $4,995.00 | 1/23/07 | Gonzalez Constorendo | Irina Shukhanova | 343 | 2665 |
| 5026 | $3,095.77 | 10/12/07 | Abbott Diagnostic | Medex Laboratories | 359 | 4819 |
| 2116 | $7,385.27 | 4/8/09 | Dizer Advertising | Medex Laboratories | 145 | 7583 |
| 503 | $3,314.06 | 12/13/07 | Fisher Healthcare | Medex Laboratories | 83 | 4258 |
| 2061 | $8,500.00 | 5/10/07 | Hye Tech Associates | KMG Diagnostics Incorporated | 299 | 3431 |
| 4425 | $3,275.00 | 11/7/06 | New Age Advertising | California Auto Body | 433 | 1585 |
| 1503 | $2,150.00 | 1/8/07 | Hye Tech Associates | Lucky Diagnostic Incorporated | 455 | 2935 |
| 2166 | $1,813.50 | 11/4/08 | Viretek Delievery | Star Pharmacy | 123 | 6018 |
| 1060 | $1,961.00 | 11/2/07 | Office Supplies Unlimited | Star Pharmacy | 256 | 4619 |
| 1047 | $4,890.00 | 11/16/07 | Harutyunyan Consulting | Lai, Tran, Prastka, Duong Medical | 205 | 4511 |
| 1349 | $4,789.53 | 8/28/07 | Abbott Diagnostic | Medex Laboratories | 549 | 5160 |
| 5016 | $4,967.02 | 9/5/07 | Roche Diagnostics | Medex Laboratories | 529 | 5134 |
| 1005 | $2,750.00 | 3/18/09 | Star Body | Dilanyan Body Paint | 57 | 7130 |
| 1105 | $3,000.00 | 9/14/06 | Vartan Matevosian | Bruce Bullas Medical Clinic | 111 | 171 |
| 1006 | $2,300.00 | 3/18/09 | Five Star | Baghadasaryan Shoes | 50 | 7113 |
| 1961 | $2,174.00 | 1/29/07 | CM Associates | P And H Diagnostic Incorporated | 298 | 2590 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 297 | 2/15/07 | Tigran and Sam | $13,200.00 | | 1120 | 2/14/07 | Hector Garcia | Reliable Medical Products Incorporated | 159 | 2298 |
| 792 | 1/20/09 | Armen and Artur | $13,384.00 | | 8661 | 1/13/09 | Omega Enterprises | Quality Time II Adult Day Health Care | 41 | 6525 |
| 73 | 9/15/06 | Ashot, Lova | $13,395.00 | | 1237 | 9/15/06 | A and A Construction Associati | Magnolia Diagnostic Incorporated | 95 | 132 |
| 888 | 4/16/09 | Arman and Gagik | $13,550.00 | | 1010 | 4/15/09 | Unlimited Tires | Dilanyan Body Paint | 101 | 7498 |
| 706 | 11/3/08 | Ashot and Harut | $13,550.00 | | 1171 | 10/24/08 | UK Software | HB Financial | 160 | 6131 |
| 75 | 9/15/06 | Stepan, Lova | $13,561.00 | | 1053 | 2/20/07 | H and A Tech Services | Express Diagnostic Service | 100 | 141 |
| 348 | 3/20/07 | Artur and Arman | $13,589.53 | | 4863 | 3/15/07 | Dyzers Advertising | Healthy Solutions ADHC | 600 | 4001 |
| 790 | 1/20/09 | Ashot and Harut | $13,700.00 | | 1248 | 1/20/09 | Hye Tech Associates | HB Financial | 39 | 6517 |
| 76 | 9/18/06 | Ashot, Lova, Harut | $13,860.00 | | 140225 | 9/14/06 | Nvard Ashighyan | Sail North Hollywood Escrow | 83 | 118 |
| 720 | 11/12/08 | Artur and Lova | $14,000.00 | | 717 | 11/11/08 | Medical Diagnostics Solutions | Med Spa Surgery Incorporated | 112 | 5979 |
| 327 | 3/6/07 | Stepan and Lova | $14,231.80 | | 1433 | 3/5/07 | National Link Network | Healthy Choice Medical Supply | 43 | 2075 |
| 155 | 11/22/06 | Arman and Gog | $14,290.00 | | 1108 | 11/23/06 | Oscar Gomez | Ameribest Medical Supplies Incorporated | 327 | 1443 |
| 691 | 12/19/07 | Arman and Anatol | $14,300.00 | | 118 | 12/19/07 | Ildar Shamsutdinov | Oxana Babayeva | 49 | 4208 |
| 598 | 9/26/07 | Armen and Artur | $14,400.00 | | 5019 | 9/25/07 | Alpha Lab | Medex Laboratories | 429 | 4955 |
| 725 | 11/13/08 | Ashot and Harut | $14,400.00 | | 1205 | 11/3/08 | New World Services | HB Financial | 106 | 5964 |
| 621 | 10/18/07 | Ashot and Harut | $14,434.00 | | 3293 | 10/13/07 | Limited Office Supplies | Felices Dias Adult Health Care Center | 325 | 4757 |
| 918 | 12/7/09 | Ashot and Harut | $14,475.00 | | 1011 | 12/7/06 | Alberto Morelez | Sparkles Jewelery | 185 | 1183 |
| 491 | 6/20/07 | Lova and Stepan | $14,554.00 | | 2043 | 6/19/07 | L and S Diagnostic | Eugenia Davis M. D. | 55 | 3083 |
| 549 | 8/3/07 | Armen and Artur | $14,646.81 | | 5682 | 7/29/07 | New Edge Advertising | California Auto Body | 660 | 5331 |
| 25 | 7/28/06 | Arman and Gog | $14,750.00 | | 1024 | 7/26/06 | American Medical Wholesale | Valley View Medical Supply | 369 | 560 |
| 642 | 11/13/07 | Harut and Ashot | $14,873.00 | | 3352 | 11/12/07 | All Star Printing | Felices Dias Adult Health Care Center | 227 | 4557 |
| 668 | 11/30/07 | Artur and Armen | $14,956.00 | | 6272 | 11/27/07 | Eschelon Computer Service | California Auto Body | 144 | 4386 |
| 568 | 8/23/07 | Armen and Artur | $15,000.00 | | 11 | 8/21/07 | Royal Furniture | Edward Melkonyan | 571 | 5196 |
| 610 | 10/10/07 | Armen and Artur | $15,000.00 | | 5022 | 10/10/07 | ACE Diagnostic | Medex Laboratories | 377 | 4855 |
| 673 | 12/5/07 | Armen and Artur | $15,000.00 | | 5503 | 12/5/07 | Ace Diagnostics | Micrex | 123 | 4348 |
| 692 | 12/19/07 | Armen and Artur | $15,000.00 | | 1515 | 12/19/07 | Fisher Healthcare | Medex Laboratories | 53 | 4213 |
| 444 | 5/15/07 | Armen and Artur | $15,020.00 | | 233 | 5/15/07 | Andy Lee | Genex Laboratory Services | 257 | 3364 |
| 886 | 4/14/09 | Armen and Artur | $15,218.94 | | 2124 | 4/14/09 | CBS Laboratories | Medex Laboratories | 113 | 7517 |
| 504 | 6/28/07 | Anatol and Jora | $15,228.00 | | 1355 | 6/28/07 | Horizane | Image Diagnostics Incorporated | 15 | 3034 |
| 194 | 12/14/06 | Harut and Nazar | $15,310.15 | | 1507 | 12/7/06 | Harutyan Yeranosyan | Bobken Safarian Insurance Services | 140 | 1077 |
| 96 | 10/7/06 | Lova and Harut | $15,450.00 | | 1263 | 10/6/06 | Hye Tech Associates | Magnolia Diagnostics Incorporated | 652 | 1923 |
| 864 | 3/31/09 | Arman and Gagik | $15,520.00 | | 1008 | 3/26/09 | L. A. Printing | Bahramjian Jewelery | 5 | 7000 |
| 712 | 11/6/08 | Ashot and Harut | $15,540.00 | | 1195 | 11/6/08 | Sam's Computer Repair | HB Financial | 139 | 6068 |
| 447 | 5/16/07 | Artur and Arman | $15,685.00 | | 4955 | 5/14/07 | Dyzers Advertising | Healthy Solutions ADHC | 250 | 3349 |
| 575 | 9/5/07 | Serag and Hovik | $15,714.30 | | 1610 | 8/27/07 | Western Medical Supply | Healthy Choice Medical Supply | 523 | 5123 |
| 103 | 10/16/06 | Lova and Ashot | $15,715.00 | | 1078 | 10/14/06 | Vertex Diagnostics Incorporate | Home Care Services Incorporated | 616 | 1862 |
| 701 | 12/28/07 | Ashot and Harun | $15,748.00 | | 1137 | 12/31/07 | Hye Type Printing | Troung and Duong Medical Group | 2 | 4122 |
| 687 | 12/17/07 | Ashot and Harut | $15,936.00 | | 5057 | 12/17/07 | Hye Tech Association | Advantastudy Diagnostics Incorporated | 77 | 4246 |
| 820 | 2/27/09 | Armen and Artur | $16,000.00 | | 2071 | 2/26/09 | CBS Laboratories | Medex Laboratories | 4 | 6783 |
| 616 | 10/15/07 | Artur and Lova | $16,100.00 | | 108 | 10/11/07 | Andrey Cabalo | Svetlana Kutsikevich | 341 | 4781 |
| 662 | 11/26/07 | Armen and Artor | $16,199.80 | | 503 | 11/23/07 | Ace Diagnostic | Medex Laboratories | 179 | 4461 |
| 669 | 11/30/07 | Arman and Anatol | $16,200.00 | | 135 | 11/30/07 | Ildar Shamsutdinov | Annual Minutes Compliance Board | 145 | 4388 |
| 783 | 1/13/09 | Ashot and Harut | $16,320.00 | | 227 | 1/13/09 | Hye Tech Associates | Vertex International Trading Incorporated | 90 | 6705 |
| 596 | 9/25/07 | Ashot and Lova | $16,843.00 | | 3227 | 9/26/07 | Angel Billing | Felices Dias Adult Health Care Center | 435 | 4968 |
| 475 | 6/8/07 | Armen and Artur | $16,915.03 | | 1279 | 6/8/07 | ACE Diagnostic | Medex Laboratories | 142 | 3207 |
| 232 | 1/10/07 | Ashot and Lova | $17,020.00 | | 1378 | 1/9/07 | Taria Cipriano | Lucky Diagnostic Incorporated | 428 | 2854 |
| 436 | 5/10/07 | Stepan and Serag | $17,043.00 | | 2028 | 5/10/07 | AGKP Real Quality Services | Tarzana Diagnostic Incorporated | 291 | 3416 |
| 843 | 3/18/09 | Lova and Edgar | $17,680.00 | | 5115 | 3/19/09 | Glendale Supply | American Premier Laboratory | 56 | 7127 |
| 731 | 11/19/08 | Arman and Gagik | $17,805.00 | | 118 | 11/19/08 | United Monarch | Kostit Wholesale and Retail | 51 | 5770 |
| 34 | 8/7/06 | Gog and Aemen | $17,950.00 | | 1015 | 8/4/06 | Tuff Care Medical | Valley View Medical Supply | 325 | 503 |
| 551 | 8/7/07 | Artur and Alex | $18,000.00 | | 2104 | 8/7/07 | R. D. Center | Eugenia Davis M. D. | 643 | 5307 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 644 | 11/15/07 | Armen and Artur | $18,000.16 | 5029 | 11/15/07 | Abbott Diagnostic | Medex Laboratories | 217 | 4533 |
| 727 | 11/17/08 | Arman and Gagik | $18,070.00 | 112 | 11/17/08 | U. S. Flooring | Olga Zakharova | 62 | 5797 |
| 192 | 12/14/06 | Artur and Armen | $18,216.00 | 2689 | 12/12/06 | Advanced Medical Supply | LLS Actual Diagnostics Incorporated | 128 | 1056 |
| 745 | 12/1/08 | Arman and Gagik | $18,230.00 | 96 | 12/1/08 | Frank Fleeman | Payee Line is Blank | 90 | 6387 |
| 266 | 1/31/07 | Artur and Armen | $18,300.00 | 511 | 1/29/07 | United Messanger Service | Kovac's Pharmacy | 288 | 2566 |
| 1 | 7/3/06 | Armen and Anatol | $18,328.00 | 1054 | 7/3/06 | Trans Med Transcriptions | Vio Diagnostics Incorporated | 525 | 793 |
| 197 | 12/18/06 | Artur and Arman | $18,520.00 | 4732 | 12/11/06 | Omega Enterprise Services | Healthy Solutions ADHC | 114 | 1019 |
| 897 | 4/22/09 | Arman and Gagik | $18,670.00 | 1004 | 4/21/09 | Alex Watches | Darbinyan Jewelry | 65 | 7412 |
| 667 | 11/30/07 | Ashot and Lova | $18,785.00 | 1084 | 12/3/07 | Harutyunyan Consulting | Lai, Tran, Prastka, Duong Medical | 141 | 4380 |
| 833 | 3/12/09 | Armen and Gagik | $18,900.00 | 1001 | 3/11/09 | Five Star | Midwest Development Incorporated | 75 | 7183 |
| 695 | 12/21/07 | Arman and Edo | $19,050.00 | 1022 | 12/20/07 | Armen Grigorian | Art's Marble and Stones | 33 | 4185 |
| 66 | 9/11/06 | Arman and Gog | $19,240.90 | 1050 | 10/11/06 | Karlen Atoyan | Valley View Medical Supply | 127 | 200 |
| 126 | 11/7/06 | Serag and Stepan | $19,274.43 | 1017 | 11/3/06 | PH Diagnostics Incorporated | Bruce A. Buillas MD | 471 | 1650 |
| 328 | 3/6/07 | Arman and Edo | $19,300.00 | 1347 | 3/6/07 | Roberto Chavez | Intymak Medical | 49 | 2088 |
| 633 | 10/31/07 | Hovik and Serag | $19,387.80 | 1668 | 10/31/07 | Consulting Service Center | Healthy Choice Medical Supply | 273 | 4662 |
| 150 | 11/17/06 | David and Nazar | $19,450.00 | 1017 | 11/8/06 | Sam Sevada | Life Medical Distribution Incorporated | 369 | 1501 |
| 100 | 10/12/06 | Arman and Gog | $19,466.77 | 1070 | 10/12/06 | LA Business Advertising and N | Valley View Medical Supply | 629 | 1885 |
| 570 | 8/27/07 | Artur and Lova | $19,500.00 | 141 | 8/24/07 | David Gonzales | Svetlana Kutsikevich | 565 | 5187 |
| 141 | 11/13/06 | Lova and Ashot | $19,550.00 | 144 | 11/14/06 | Web Transcriber Association | Sparkles Jewelery | 417 | 1570 |
| 72 | 9/15/06 | Arman and Gog | $19,574.27 | 1058 | 9/15/06 | American Medical Wholesale | Valley View Medical Supply | 93 | 129 |
| 95 | 10/7/06 | Arman and Gog | $19,600.00 | 1065 | 10/8/06 | Olesia Martyusheva | Valley View Medical Supply | 647 | 1916 |
| 124 | 11/6/06 | Artur and Armen | $19,750.00 | 105 | 11/6/06 | One Paint | Bob Makov | 485 | 1673 |
| 323 | 3/5/07 | Edo and Arman | $19,815.36 | 1009 | 3/5/07 | Complete Medical | Valley Medical Supply | 55 | 2108 |
| 56 | 8/25/06 | Arman and Gog | $19,947.12 | 1040 | 8/26/06 | American Medical Wholesale | Valley View Medical Supply | 201 | 302 |
| 697 | 12/26/07 | Artur and Arman | $19,969.00 | 6380 | 12/21/07 | Dyzer Advertizing | California Auto Body | 18 | 4150 |
| 133 | 11/9/06 | Davit and Nazar | $19,977.26 | 1002 | 11/2/06 | GBL Computer Network Servi | Life Medical Distribution Incorporated | 443 | 1599 |
| 139 | 11/13/06 | Arman and Edo | $20,000.00 | 1066 | 11/9/06 | Hoza Chaves | Intymak Medical | 411 | 1562 |
| 78 | 9/19/06 | Lova and Mico | $20,000.00 | 1341 | blank | A - Z Printing | California Local Diagnostic Incorporated | 75 | 106 |

**$1,816,728.27**