# EXHIBIT 1-C

# Exhibit C

**Schedule of Returned Items**
**G&A Check Cashing**

| Returned Items Per Statements | | | | | Per FBI Spreadsheet | Confirmed deposits EXHIBIT "J" | | ORIGINAL 24 M | | Original Bundle | Not Listed In Bundle | Brings Amount Below Threshold |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank | Account | Date | Amount | BATES | Explanation | Date | Amount | (Page/Item) | Amount | (Row #) | | |
| MiRae Bank | 1304450 | 1/4/07 | $4,800.00 | None | | 01/04/07 | $4,800.00 | 33 item 2971 | $4,800.00 | 2957 | 217 | |
| MiRae Bank | 1304450 | 1/5/07 | $600.00 | None | | | | | | | | $600.00 |
| MiRae Bank | 1304450 | 1/8/07 | $2,491.90 | None | | 01/02/07 | | 34 item 3013 | | 3016 | | $2,491.90 |
| MiRae Bank | 1304450 | 1/8/07 | $2,495.80 | None | | 01/02/07 | | 34 item 3014 | | 3017 | | $2,495.80 |
| MiRae Bank | 1304450 | 1/9/07 | $2,493.50 | None | | 01/02/07 | | 34 item 3015 | | 3018 | | $2,493.50 |
| MiRae Bank | 1304450 | 1/9/07 | $2,496.20 | None | | 01/02/07 | | 34 item 3016 | | 3019 | | $2,496.20 |
| **MiRae Bank** | **1304450** | **1/12/07** | **$5,000.00** | **None** | | **01/04/07** | **$5,000.00** | **33 item 2941** | **$5,000.00** | **2944** | **216** | **$5,000.00** |
| MiRae Bank | 1304450 | 1/12/07 | $1,000.00 | None | | 01/10/07 | | | $1,000.00 | 2866 | 234 | |
| MiRae Bank | 1304450 | 1/22/07 | $100.00 | None | | | | | | | | $100.00 |
| MiRae Bank | 1304450 | 1/22/07 | $1,735.00 | None | | | | | | | | $1,735.00 |
| MiRae Bank | 1304450 | 1/24/07 | $4,800.00 | None | | 01/10/07 | $4,800.00 | 31 item 2826 | $4,800.00 | 2829 | 229 | |
| **MiRae Bank** | **1304450** | **1/24/07** | **$3,670.00** | **None** | | **01/18/07** | **$3,670.00** | **30 item 2720** | **$3,670.00** | **2715** | **243** | **$3,670.00** |
| **First Federal** | **60360815880** | **1/25/07** | **$4,340.00** | **GACC041584** | | **01/18/07** | | | **$4,340.00** | **2714** | **243** | **$4,340.00** |
| MiRae Bank | 1304450 | 1/25/07 | $2,000.00 | None | | | | | | | | $2,000.00 |
| **First Federal** | **60360815880** | **1/26/07** | **$4,670.00** | **GACC041584** | | **01/18/07** | | | **$4,670.00** | **2717** | **243** | **$4,670.00** |
| MiRae Bank | 1304450 | 1/26/07 | $450.00 | None | | | | | | | | $450.00 |
| MiRae Bank | 1304450 | 1/26/07 | $1,565.00 | None | | | | | | | | $1,565.00 |
| MiRae Bank | 1304450 | 1/26/07 | $1,735.00 | None | | | | | | | | $1,735.00 |
| MiRae Bank | 1304450 | 1/29/07 | $152.00 | None | | | | | | | | $152.00 |
| MiRae Bank | 1304450 | 1/31/07 | $2,000.00 | None | | | | | | | | $2,000.00 |
| MiRae Bank | 1304450 | 1/31/07 | $2,000.00 | None | | | | | | | | $2,000.00 |
| First Federal | 60360815880 | 1/31/07 | $199.70 | GACC041584 | Deposit Correction | | | | | | | $199.70 |
| MiRae Bank | 1304450 | 2/1/07 | $450.00 | None | | | | | | | | $450.00 |
| MiRae Bank | 1304450 | 2/1/07 | $1,565.00 | None | | | | | | | | $1,565.00 |
| First Federal | 60360815880 | 2/6/07 | $2,450.00 | Unreadable | | | | | | | | $2,450.00 |
| First Federal | 60360815880 | 2/6/07 | $300.00 | Unreadable | SS shows MiRae | 02/05/07 | | 29 item 2457 | | 2460 | 276 | $300.00 |
| First Federal | 60360815880 | 2/6/07 | $9,920.00 | Unreadable | | | | | | | | $9,920.00 |
| MiRae Bank | 1304450 | 2/7/07 | $2,000.00 | None | | 01/31/07 | $2,000.00 | 30 item 2566 | $2,000.00 | 2546 | 264 | |
| First Federal | 60360815880 | 2/9/07 | $1,275.00 | Unreadable | | | | | | | | $1,275.00 |
| **First Federal** | **60360815880** | **2/13/07** | **$4,960.00** | **Unreadable** | | **02/06/07** | | | **$4,960.00** | **2454** | **278** | **$4,960.00** |
| MiRae Bank | 1304450 | 2/13/07 | $2,485.00 | None | | 02/07/07 | $2,485.00 | 29 item 2435 | | 2438 | | $2,485.00 |
| MiRae Bank | 1304450 | 2/15/07 | $375.00 | None | | | | | | | | $375.00 |
| First Federal | 60360815880 | 2/16/07 | $8,200.00 | Unreadable | | 02/07/07 | | | $8,200.00 | 2430 | 279 | |
| First Federal | 60360815880 | 2/20/07 | $9,950.00 | Unreadable | | 02/13/07 | | | $9,950.00 | 2338 | 292 | |
| **MiRae Bank** | **1304450** | **2/20/07** | **$2,491.00** | **None** | | **02/16/07** | | | **$2,491.00** | **2282** | **299** | **$2,491.00** |
| **MiRae Bank** | **1304450** | **2/20/07** | **$2,496.00** | **None** | | **02/16/07** | **$2,496.00** | **28 item 2275** | **$2,496.00** | **2278** | **299** | **$2,496.00** |
| **First Federal** | **60360815880** | **2/20/07** | **$2,495.00** | **Unreadable** | | **02/16/07** | | | **$2,495.00** | **2277** | **299** | **$2,495.00** |
| First Federal | 60360815880 | 2/21/07 | $9,850.00 | Unreadable | | 02/16/07 | | | $9,850.00 | 2348 | 286 | |
| First Federal | 60360815880 | 2/22/07 | $2,400.00 | None | | 02/08/07 | $2,400.00 | 28 item 2392 | $2,400.00 | 2395 | 282 | |
| MiRae Bank | 1304450 | 2/22/07 | $2,500.00 | None | | 02/08/07 | $2,500.00 | 28 item 2398 | $2,500.00 | 2401 | 282 | |
| First Federal | 60360815880 | 2/22/07 | $5,000.00 | Unreadable | | 02/16/07 | | | $5,000.00 | 2285 | 295 | |
| MiRae Bank | 1304450 | 2/27/07 | $2,500.00 | None | | 02/08/07 | $2,500.00 | 28 item 2399 | $2,500.00 | 2402 | 282 | |
| First Federal | 60360815880 | 2/28/07 | $1,938.00 | Unreadable | | | | | | | | $1,938.00 |
| MiRae Bank | 1304450 | 2/28/07 | $2,400.00 | None | | 02/22/07 | $2,400.00 | 27 item 2180 | $2,400.00 | 2183 | 311 | |
| MiRae Bank | 1304450 | 2/28/07 | $2,500.00 | None | | 02/26/07 | $2,500.00 | 27 item 2176 | $2,500.00 | 2179 | 311 | |
| MiRae Bank | 1304450 | 3/1/07 | $375.00 | None | | | | | | | | $375.00 |
| First Federal | 60360815880 | 3/2/07 | $5,000.00 | GACC041600 | | 02/22/07 | | | $5,000.00 | 2225 | 308 | |
| First Federal | 60360815880 | 3/2/07 | $9,989.00 | GACC041600 | | 02/22/07 | | | $9,989.00 | 2228 | 308 | |
| First Federal | 60360815880 | 3/2/07 | $2,495.00 | GACC041600 | | | | | | | | $2,495.00 |
| First Federal | 60360815880 | 3/2/07 | $50.00 | GACC041600 | | | | | | | | $50.00 |
| MiRae Bank | 1304450 | 3/5/07 | $2,000.00 | None | | 02/28/07 | $2,000.00 | 27 item 2154 | $2,000.00 | 2157 | 315 | |
| **MiRae Bank** | **1304450** | **3/6/07** | **$2,494.00** | **None** | | **02/16/07** | **$2,494.00** | **28 item 2278** | **$2,494.00** | **2281** | **299** | **$2,494.00** |
| First Federal | 60360815880 | 3/6/07 | $9,789.00 | GACC041600 | | 02/22/07 | | | $9,789.00 | 2229 | 308 | |

| Bank | Account | Date | Amount | Check# | Notes | Date2 | Amount2 | Item | Amount3 | Col | Amount4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MiRae Bank | 1304450 | 3/6/07 | $2,480.00 | None | 02/28/07 | $2,480.00 | 27 item 2150 | $2,480.00 | 2153 | 316 | $2,480.00 |
| First Federal | 60360815880 | 3/6/07 | $9,975.00 | GACCO41600 | 02/28/07 | $9,975.00 | 27 item 2151 | $9,975.00 | 2152 | 316 | $9,975.00 |
| MiRae Bank | 1304450 | 3/6/07 | $2,500.00 | None | 03/01/07 | $2,500.00 | 27 item 2139 | $2,500.00 | 2142 | 318 | $2,500.00 |
| MiRae Bank | 1304450 | 3/7/07 | $2,000.00 | None | 03/05/07 | | | | 2081 | | $2,000.00 |
| First Federal | 60360815880 | 3/8/07 | $1,938.00 | GACCO41600 | 03/02/07 | | | | 2130 | | $1,938.00 |
| First Federal | 60360815880 | 3/9/07 | $5,050.00 | GACCO41600 | | | | | | | $5,050.00 |
| MiRae Bank | 1304450 | 3/12/07 | $2,480.00 | None | 02/28/07 | $2,480.00 | | $2,480.00 | 2156 | 315 | |
| MiRae Bank | 1304450 | 3/12/07 | $2,494.00 | None | 02/28/07 | $2,494.00 | 27 item 2151 | $2,494.00 | 2154 | 316 | $2,494.00 |
| First Federal | 60360815880 | 3/13/07 | $2,000.00 | None | | | | | | | $2,000.00 |
| First Federal | 60360815880 | 3/14/07 | $9,950.00 | None | 03/05/07 | $9,950.00 | 27 item 2116 | $9,950.00 | 2119 | 325 | |
| First Federal | 60360815880 | 3/14/07 | $9,975.00 | None | | | | | | | $9,975.00 |
| First Federal | 60360815880 | 3/15/07 | $9,900.00 | GACCO41600 | 03/05/07 | $9,900.00 | 27 item 2118 | $9,900.00 | 2121 | 325 | |
| First Federal | 60360815880 | 3/15/07 | $9,800.00 | GACCO41600 | 03/08/07 | $9,800.00 | | $9,800.00 | 2048 | 333 | |
| First Federal | 60360815880 | 3/15/07 | $50.00 | GACCO41600 | | | | | | | $50.00 |
| First Federal | 60360815880 | 3/19/07 | $900.00 | GACCO41600 | 03/13/07 | $900.00 | | $900.00 | 2025 | 337 | |
| First Federal | 60360815880 | 3/19/07 | $400.00 | None | | | | | | | $400.00 |
| MiRae Bank | 1304450 | 3/19/07 | $2,030.00 | None | Deposit Correction | | | | | | $2,030.00 |
| First Federal | 60360815880 | 3/22/07 | $9,900.00 | GACCO41600 | 03/20/07 | | | $9,900.00 | 4014 | 349 | |
| First Federal | 60360815880 | 3/22/07 | $3,650.00 | GACCO41600 | | | | | | | $3,650.00 |
| First Federal | 60360815880 | 3/23/07 | $9,850.00 | GACCO41600 | 03/14/07 | | | $9,850.00 | 4099 | 342 | |
| MiRae Bank | 1304450 | 3/23/07 | $2.00 | None | Deposit correction | | | | | | $2.00 |
| First Federal | 60360815880 | 3/27/07 | $9,950.00 | GACCO41602 | 03/21/07 | | | $9,950.00 | 3995 | 357 | $9,950.00 |
| First Federal | 60360815880 | 3/28/07 | $9,760.00 | GACCO41602 | 03/21/07 | | | $9,760.00 | 3949 | 351 | $9,760.00 |
| First Federal | 60360815880 | 3/29/07 | $7,400.00 | GACCO41602 | 03/21/07 | | | $7,400.00 | 3946 | 351 | $7,400.00 |
| First Federal | 60360815880 | 3/30/07 | $9,400.00 | GACCO41602 | 03/21/07 | | | $9,400.00 | 3950 | 351 | $9,400.00 |
| MiRae Bank | 1304450 | 3/30/07 | $1,500.00 | None | 03/21/07 | | 37 item 3949 | | 3952 | | $1,500.00 |
| First Federal | 60360815880 | 4/3/07 | $5,000.00 | GACCO41614 | 03/27/07 | | | $5,000.00 | 3921 | 362 | $5,000.00 |
| First Federal | 60360815880 | 4/4/07 | $8,700.00 | GACCO41614 | 03/29/07 | | | $8,700.00 | 3865 | 368 | |
| MiRae Bank | 1304450 | 4/5/07 | $2,200.00 | None | 03/29/07 | $2,200.00 | 37 item 3868 | $2,200.00 | 3871 | 368 | |
| First Federal | 60360815880 | 4/5/07 | $8,670.00 | GACCO41614 | 03/29/07 | | | $8,670.00 | 3866 | 368 | |
| First Federal | 60360815880 | 4/5/07 | $500.00 | GACCO41614 | 04/02/07 | | 37 item 3804 | | 3807 | | $500.00 |
| MiRae Bank | 1304450 | 4/5/07 | $9.95 | None | | | | | | | $9.95 |
| MiRae Bank | 1304450 | 4/5/07 | $1,500.00 | None | | | | | | | $1,500.00 |
| First Federal | 60360815880 | 4/6/07 | $9,300.00 | GACCO41616 | 03/21/07 | | | $9,300.00 | 3948 | 351 | $9,300.00 |
| First Federal | 60360815880 | 4/6/07 | $8,250.00 | GACCO41616 | 03/27/07 | | | $8,250.00 | 3907 | 361 | $500.00 |
| First Federal | 60360815880 | 4/6/07 | $9,300.00 | GACCO41616 | 03/29/07 | | | $9,300.00 | 3867 | 368 | $500.00 |
| MiRae Bank | 1304450 | 4/6/07 | $1,860.00 | None | 03/29/07 | $1,860.00 | 37 item 3871 | $1,860.00 | 3874 | 369 | $500.00 |
| First Federal | 60360815880 | 4/6/07 | $8,250.00 | GACCO41616 | 04/03/07 | | | $8,250.00 | 3772 | 379 | $500.00 |
| First Federal | 60360815880 | 4/9/07 | $6,780.00 | GACCO41616 | 03/27/07 | | | $6,780.00 | 3908 | 361 | $500.00 |
| First Federal | 60360815880 | 4/9/07 | $7,870.00 | GACCO41616 | 03/27/07 | | | $7,870.00 | 3868 | 368 | $500.00 |
| MiRae Bank | 1304450 | 4/9/07 | $2,130.00 | None | 04/03/07 | $2,130.00 | 37 item 3777 | $2,130.00 | 3780 | 379 | $500.00 |
| MiRae Bank | 1304450 | 4/9/07 | $2,500.00 | None | 04/03/07 | $2,500.00 | 37 item 3767 | $2,500.00 | 3770 | 379 | $500.00 |
| MiRae Bank | 1304450 | 4/9/07 | $500.00 | None | Could be line 3807 | | | | | | $500.00 |
| MiRae Bank | 1304450 | 4/9/07 | $500.00 | None | | | | | | | $500.00 |
| MiRae Bank | 1304450 | 4/9/07 | $500.00 | None | | | | | | | $500.00 |
| MiRae Bank | 1304450 | 4/9/07 | $500.00 | None | | | | | | | $500.00 |
| MiRae Bank | 1304450 | 4/9/07 | $500.00 | None | | | | | | | $500.00 |
| MiRae Bank | 1304450 | 4/9/07 | $500.00 | None | | | | | | | $1,500.00 |
| First Federal | 60360815880 | 4/10/07 | $1,500.00 | None | | | | | | | |
| First Federal | 60360815880 | 4/10/07 | $8,500.00 | GACCO41616 | 03/29/07 | | | $8,500.00 | 3879 | 369 | |
| MiRae Bank | 1304450 | 4/11/07 | $2,400.00 | None | 04/03/07 | $2,400.00 | 37 item 3763 | $2,400.00 | 3766 | 379 | |
| First Federal | 60360815880 | 4/11/07 | $5,000.00 | GACCO41616 | 03/27/07 | | | $5,000.00 | 3927 | 359 | |
| First Federal | 60360815880 | 4/11/07 | $7,860.00 | GACCO41616 | 03/29/07 | | | $7,860.00 | 3875 | 369 | |
| MiRae Bank | 1304450 | 4/11/07 | $500.00 | None | | | | | | | $500.00 |
| MiRae Bank | 1304450 | 4/11/07 | $500.00 | None | | | | | | | $500.00 |
| MiRae Bank | 1304450 | 4/11/07 | $500.00 | None | | | | | | | $500.00 |

| Bank | Account | Date | Amount | Ref | Note | | | |
|---|---|---|---|---|---|---|---|---|
| MiRae Bank | 1304450 | 4/11/07 | $500.00 | None | | | | |
| MiRae Bank | 1304450 | 4/11/07 | $500.00 | None | | | | |
| MiRae Bank | 1304450 | 4/11/07 | $500.00 | None | | | | |
| MiRae Bank | 1304450 | 4/11/07 | $500.00 | None | | | | |
| First Federal | 60360815880 | 4/11/07 | $71,973.39 | GACC041616 | Deposit Correction | | | |
| First Federal | 60360815880 | 4/12/07 | $7,400.00 | GACC041618 | 03/29/07 | 37 item 3757 | $7,400.00 | 3861 | 367 |
| MiRae Bank | 1304450 | 4/12/07 | $1,800.00 | None | | | | |
| MiRae Bank | 1304450 | 4/12/07 | $1,500.00 | None | | | | |
| MiRae Bank | 1304450 | 4/12/07 | $500.00 | None | | | | |
| First Federal | 60360815880 | 4/12/07 | $9,765.00 | GACC041616 | | | | |
| MiRae Bank | 1304450 | 4/12/07 | $500.00 | None | | | | |
| First Federal | 60360815880 | 4/12/07 | $500.00 | GACC041616 | | | | |
| First Federal | 60360815880 | 4/12/07 | $500.00 | GACC041616 | | | | |
| First Federal | 60360815880 | 4/12/07 | $500.00 | GACC041616 | | | | |
| First Federal | 60360815880 | 4/12/07 | $500.00 | GACC041616 | | | | |
| First Federal | 60360815880 | 4/12/07 | $500.00 | GACC041616 | | | | |
| First Federal | 60360815880 | 4/12/07 | $500.00 | GACC041616 | | | | |
| MiRae Bank | 1304450 | 4/13/07 | $500.00 | None | | | | |
| MiRae Bank | 1304450 | 4/13/07 | $8,925.00 | None | | | | |
| MiRae Bank | 1304450 | 4/13/07 | $500.00 | None | | | | |
| First Federal | 60360815880 | 4/13/07 | $500.00 | GACC041618 | | | | |
| First Federal | 60360815880 | 4/13/07 | $8,917.00 | GACC041618 | | | | |
| First Federal | 60360815880 | 4/13/07 | $8,756.00 | GACC041618 | 04/09/07 | | $8,756.00 | 3733 | 389 |
| MiRae Bank | 1304450 | 4/16/07 | $500.00 | None | | | | |
| MiRae Bank | 1304450 | 4/16/07 | $500.00 | None | | | | |
| MiRae Bank | 1304450 | 4/16/07 | $9,765.00 | None | | | | |
| First Federal | 60360815880 | 4/16/07 | $500.00 | GACC041618 | | | | |
| First Federal | 60360815880 | 4/16/07 | $500.00 | GACC041618 | | | | |
| First Federal | 60360815880 | 4/16/07 | $500.00 | GACC041618 | | | | |
| First Federal | 60360815880 | 4/16/07 | $500.00 | GACC041618 | | | | |
| First Federal | 60360815880 | 4/16/07 | $500.00 | GACC041618 | | | | |
| First Federal | 60360815880 | 4/16/07 | $9,825.00 | GACC041618 | | | | |
| First Federal | 60360815880 | 4/17/07 | $7,995.00 | GACC041618 | 04/09/07 | | $7,995.00 | 3734 | 389 |
| First Federal | 60360815880 | 4/18/07 | $9,935.00 | GACC041618 | 04/09/07 | | $9,935.00 | 3736 | 389 |
| MiRae Bank | 1304450 | 4/19/07 | $580.00 | None | | | | |
| MiRae Bank | 1304450 | 4/25/07 | $500.00 | None | | | | |
| MiRae Bank | 1304450 | 4/26/07 | $375.00 | None | | | | |
| First Federal | 60360815880 | 4/27/07 | $8,978.00 | GACC041620 | 04/09/07 | | $8,978.00 | 3735 | 389 |
| First Federal | 60360815880 | 5/2/07 | $8,300.00 | Unreadable | 04/16/07 | | $8,300.00 | 3670 | 400 |
| First Federal | 60360815880 | 5/4/07 | $6,750.00 | Unreadable | 04/25/07 | | $6,750.00 | 3591 | 412 |
| First Federal | 60360815880 | 5/4/07 | $8,164.00 | Unreadable | 04/30/07 | | $8,164.00 | 3556 | 421 |
| First Federal | 60360815880 | 5/7/07 | $3,800.00 | Unreadable | | | $3,800.00 | | |
| First Federal | 60360815880 | 5/14/07 | $990.00 | Unreadable | | | $990.00 | | |
| First Federal | 60360815880 | 5/15/07 | $9,767.00 | Unreadable | 05/08/07 | | $9,767.00 | 3460 | 433 |
| First Federal | 60360815880 | 5/18/07 | $5,000.00 | None | 05/10/07 | | $5,000.00 | 3440 | 439 |
| MiRae Bank | 1304450 | 5/18/07 | $1,750.00 | None | 05/14/07 | $1,750.00 35 Item 3386 | $1,750.00 | 3389 | 441 |
| MiRae Bank | 1304450 | 5/18/07 | $2,300.00 | None | 05/16/07 | $2,300.00 35 item 3344 | $2,300.00 | 3347 | 447 |
| MiRae Bank | 1304450 | 5/18/07 | $160.00 | None | | | $160.00 | | |
| MiRae Bank | 1304450 | 5/18/07 | $400.00 | None | | | $400.00 | | |
| MiRae Bank | 1304450 | 5/22/07 | $300.00 | None | | | $300.00 | | |
| MiRae Bank | 1304450 | 5/23/07 | $2,395.00 | None | 05/11/07 | $2,395.00 35 Item 3404 | $2,395.00 | 3407 | 441 |
| MiRae Bank | 1304450 | 5/25/07 | $400.00 | None | | | $400.00 | | |
| MiRae Bank | 1304450 | 5/29/07 | $1,132.09 | None | | | $1,132.09 | | |
| MiRae Bank | 1304450 | 5/30/07 | $2,395.00 | None | | | $2,395.00 | | |
| First Federal | 60360815880 | 5/30/07 | $900.00 | Unreadable | | | $900.00 | | |
| First Federal | 60360815880 | 6/4/07 | $9,100.00 | Unreadable | 05/22/07 | | $9,100.00 | 3318 | 454 |
| MiRae Bank | 1304450 | 6/4/07 | $2,500.00 | None | 06/01/07 | $2,500.00 34 line 3253 | $2,500.00 | 3256 | 464 |
| First Federal | 60360815880 | 6/5/07 | $950.00 | Unreadable | 05/25/07 | | $950.00 | 3301 | |
| First Federal | 60360815880 | 6/5/07 | $950.00 | Unreadable | 05/25/07 | | $950.00 | 3302 | |
| First Federal | 60360815880 | 6/5/07 | $950.00 | Unreadable | 05/25/07 | | $950.00 | 3303 | |
| First Federal | 60360815880 | 6/5/07 | $7,145.00 | Unreadable | 05/28/07 | | $7,145.00 | 3296 | |
| First Federal | 60360815880 | 6/7/07 | $8,900.00 | Unreadable | 05/22/07 | | $8,900.00 | 3319 | 454 |
| First Federal | 60360815880 | 6/8/07 | $950.00 | Unreadable | 05/25/07 | | | 3304 | |
| First Federal | 60360815880 | 6/8/07 | $8,562.00 | Unreadable | 05/31/07 | | $8,562.00 | 3279 | 463 |

| Bank | Account | Date | Amount | Check/Ref Date | Amount | Item # | Ref | Amount |
|---|---|---|---|---|---|---|---|---|
| First Federal | 60360815880 | 6/8/07 | $5,500.00 | Unreadable | | | 467 | $5,500.00 |
| First Federal | 60360815880 | 6/11/07 | $9,340.00 | Unreadable | 06/05/07 | $9,340.00 | 3245 | |
| First Federal | 60360815880 | 6/12/07 | $2,000.00 | Unreadable | 05/24/07 | | 3238 | |
| First Federal | 60360815880 | 6/12/07 | $5,136.00 | Unreadable | 06/06/07 | $5,136.00 | 3306 | $2,000.00 |
| First Federal | 60360815880 | 6/13/07 | $5,100.00 | Unreadable | 06/06/07 | $5,100.00 | 3223 | $5,136.00 |
| First Federal | 60360815880 | 6/13/07 | $8,000.00 | Unreadable | 06/12/07 | $8,000.00 | 3225 | $5,100.00 |
| First Federal | 60360815880 | 6/14/07 | $5,000.00 | Unreadable | 06/13/07 | $5,000.00 | 3168 | |
| MiRae Bank | 1304450 | 6/14/07 | $176.47 | None | | | 3158 | $5,000.00 |
| MiRae Bank | 1304450 | 6/14/07 | $280.00 | None | | | | $176.47 |
| First Federal | 60360815880 | 6/15/07 | $8,460.00 | Unreadable | 06/11/07 | $8,460.00 | 3180 | $280.00 |
| First Federal | 60360815880 | 6/18/07 | $7,510.00 | Unreadable | 06/11/07 | $7,510.00 | 3179 | 476 |
| First Federal | 60360815880 | 6/18/07 | $8,531.00 | Unreadable | 06/12/07 | $8,531.00 | 3171 | 476 |
| First Federal | 60360815880 | 6/19/07 | $7,380.00 | Unreadable | 06/12/07 | $7,380.00 | 3170 | 482 |
| First Federal | 60360815880 | 6/19/07 | $5,136.00 | Unreadable | 06/13/07 | $5,136.00 | 3159 | 482 |
| First Federal | 60360815880 | 6/19/07 | $2,000.00 | Unreadable | 06/15/07 | | 3137 | 484 |
| First Federal | 60360815880 | 6/19/07 | $747.00 | Unreadable | | | | $2,000.00 |
| First Federal | 60360815880 | 6/20/07 | $5,000.00 | Unreadable | | | 3129 | $747.00 |
| First Federal | 60360815880 | 6/21/07 | $4,100.00 | Unreadable | 06/13/07 | $4,100.00 | 3157 | $5,000.00 |
| First Federal | 60360815880 | 6/22/07 | $6,100.00 | Unreadable | 06/14/07 | | 3143 | 484 |
| First Federal | 60360815880 | 6/25/07 | $8,370.00 | Unreadable | 06/19/07 | | 3099 | $6,100.00 |
| First Federal | 60360815880 | 6/26/07 | $20.02 | Unreadable | | | | $8,370.00 |
| MiRae Bank | 1304450 | 6/27/07 | $300.00 | None | | | | $20.02 |
| MiRae Bank | 1304450 | 6/27/07 | $379.31 | None | | | | $300.00 |
| First Federal | 60360815880 | 6/29/07 | $2,488.00 | None | 06/20/07 | $2,488.00 | 3089 | 492 |
| First Federal | 60360815880 | 6/29/07 | $7,156.00 | Unreadable | 06/20/07 | $7,156.00 | 3093 | 492 |
| First Federal | 60360815880 | 7/2/07 | $7,124.00 | Unreadable | 06/20/07 | $7,124.00 | 3094 | 492 |
| First Federal | 60360815880 | 7/3/07 | $9,300.00 | Unreadable | 06/25/07 | $9,300.00 | 3061 | 499 |
| MiRae Bank | 1304450 | 7/5/07 | $379.31 | None | | | | $379.31 |
| First Federal | 60360815880 | 7/5/07 | $235.29 | Unreadable | | | | $235.29 |
| First Federal | 60360815880 | 7/5/07 | $500.00 | Unreadable | | | | $500.00 |
| First Federal | 60360815880 | 7/9/07 | $200.00 | Unreadable | | | | $200.00 |
| First Federal | 60360815880 | 7/9/07 | $522.70 | Unreadable | | | | $522.70 |
| First Federal | 60360815880 | 7/10/07 | $8,078.00 | Unreadable | 07/02/07 | $8,078.00 | 3597 | 510 |
| First Federal | 60360815880 | 7/16/07 | $9,500.00 | Unreadable | 07/09/07 | $9,500.00 | 3559 | 516 |
| First Federal | 1411685 | 7/18/07 | $3,229.00 | GACCC041539 | 07/13/07 | $3,229.00 | 5515 | 521 |
| MiRae Bank | 1304450 | 7/18/07 | $90.00 | None | | | | $90.00 |
| Pacific City | 1411685 | 7/19/07 | $5,000.00 | GACCC041539 | 07/16/07 | $5,000.00 | 5509 | |
| Pacific City | 1411685 | 7/20/07 | $5,000.00 | GACCC041541 | 07/16/07 | $5,000.00 | 5493 | 523 |
| Pacific City | 1411685 | 7/23/07 | $5,000.00 | GACCC041541 | 07/19/07 | | 5472 | $5,000.00 |
| MiRae Bank | 1304450 | 7/23/07 | $2,500.00 | None | 07/20/07 | $2,500.00 | 5459 | 530 |
| MiRae Bank | 1304450 | 7/24/07 | $1,650.00 | None | | | | $1,650.00 |
| MiRae Bank | 1304450 | 7/30/07 | $1,100.00 | None | 07/25/07 | $1,100.00 | 5427 | $1,100.00 |
| Pacific City | 1411685 | 8/6/07 | $4,850.00 | GACCC041520 | 07/31/07 | $4,850.00 | 5383 | 541 |
| Pacific City | 1411685 | 8/6/07 | $4,900.00 | GACCC041520 | 07/31/07 | $4,900.00 | 5380 | 541 |
| Pacific City | 1411685 | 8/8/07 | $4,850.00 | GACCC041520 | 07/31/07 | $4,900.00 | 5382 | 541 |
| Pacific City | 1411685 | 8/9/07 | $4,950.00 | GACCC041520 | 07/31/07 | $4,850.00 | 5381 | 541 |
| Pacific City | 1411685 | 8/10/07 | $5,000.00 | GACCC041522 | 07/31/07 | $4,950.00 | 5384 | 541 |
| Pacific City | 1411685 | 8/10/07 | $4,850.00 | GACCC041522 | 07/31/07 | $4,850.00 | 5377 | 541 |
| Pacific City | 1411685 | 8/10/07 | $4,900.00 | GACCC041522 | 07/31/07 | $4,900.00 | 5391 | 541 |
| Pacific City | 1411685 | 8/13/07 | $4,900.00 | GACCC041522 | 07/31/07 | $4,900.00 | 5388 | 548 |
| Pacific City | 1411685 | 8/13/07 | $4,850.00 | GACCC041522 | 08/06/07 | $4,850.00 | 5323 | 553 |
| Pacific City | 1411685 | 8/13/07 | $4,950.00 | GACCC041522 | 08/06/07 | $4,950.00 | 5281 | |
| Pacific City | 1411685 | 8/16/07 | $866.05 | GACCC041522 | 08/08/07 | $4,900.00 | 5291 | |
| MiRae Bank | 1304450 | 8/20/07 | $205.88 | None | | | 5290 | |
| MiRae Bank | 1304450 | 8/20/07 | $500.00 | None | | | | |
| MiRae Bank | 1304450 | 8/22/07 | $1,111.87 | GACCC041524 | | | | $4,950.00 |
| Pacific City | 1411685 | 8/23/07 | $4,997.00 | GACCC041524 | 08/17/07 | $4,997.00 | 5233 | 561 |
| Pacific City | 1411685 | 9/4/07 | $3,000.00 | GACCC041502 | | | 5171 | |
| Pacific City | 1411685 | 9/5/07 | $1,500.00 | GACCC041502 | 08/28/07 | $3,000.00 51 item 5168 | | $3,000.00 |

(Summary totals at right edge):
$4,997.00 · $8,078.00 · $4,100.00 · $5,000.00 · $5,100.00 · $5,136.00 · $5,500.00
$4,997.00 (bottom)

| Bank | Acct | Date | Amount | Ref | Date2 | Amount2 | Item# | Amount3 | Seq | Amount4 |
|---|---|---|---|---|---|---|---|---|---|---|
| Pacific City | 1411685 | 9/7/07 | $205.88 | GACC041502 | | | | | | $205.88 |
| Pacific City | 1411685 | 9/7/07 | $500.00 | GACC041502 | | | | | | $500.00 |
| Pacific City | 1411685 | 9/7/07 | $300.00 | GACC041502 | | | | | | $300.00 |
| MiRae Bank | 1304450 | 9/11/07 | $268.52 | None | | | | | | $268.52 |
| Pacific City | 1411685 | 9/14/07 | $350.00 | GACC041504 | | | | | | $350.00 |
| MiRae Bank | 1304450 | 9/18/07 | $9,500.00 | None | 09/13/07 | $9,500.00 | 50 item 5082 | $9,500.00 | 5085 | 580 |
| Pacific City | 1411685 | 9/18/07 | $3,110.00 | GACC041504 | 09/13/07 | $3,110.00 | 50 item 5084 | $3,110.00 | 5087 | 581 |
| MiRae Bank | 1304450 | 9/18/07 | $268.52 | None | | | | | | $268.52 |
| Pacific City | 1411685 | 9/20/07 | $7,000.00 | None | | | | | | |
| MiRae Bank | 1304450 | 9/20/07 | $9,500.00 | None | | | | | | |
| Pacific City | 1411685 | 9/20/07 | $2,400.00 | GACC041504 | | | | | | |
| MiRae Bank | 1304450 | 9/20/07 | $235.29 | None | | | | | | $235.29 |
| Pacific City | 1411685 | 9/20/07 | $205.88 | None | | | | | | $205.88 |
| MiRae Bank | 1304450 | 9/24/07 | $3,550.00 | GACC041506 | 09/17/07 | $3,550.00 | 49 item 5037 | $3,550.00 | 5040 | 586 |
| Pacific City | 1411685 | 9/25/07 | $2,000.00 | GACC041506 | 09/17/07 | $2,000.00 | 49 item 5041 | $2,000.00 | 5044 | 582 |
| MiRae Bank | 1304450 | 9/26/07 | $2,200.00 | None | | | | | | |
| Pacific City | 1411685 | 9/26/07 | $2,400.00 | GACC041506 | | | | | | |
| MiRae Bank | 1304450 | 9/27/07 | $1,800.00 | None | | | | | | |
| Pacific City | 1411685 | 10/3/07 | $2,000.00 | GACC041480 | | | | | | |
| MiRae Bank | 1304450 | 10/3/07 | $2,200.00 | GACC041480 | | | | | | |
| Pacific City | 1411685 | 10/5/07 | $560.00 | None | | | | | | $560.00 |
| MiRae Bank | 1304450 | 10/12/07 | $268.52 | None | | | | | | $268.52 |
| Pacific City | 1411685 | 10/12/07 | $1,100.00 | None | | | | | | $1,100.00 |
| MiRae Bank | 1304450 | 10/12/07 | $1,500.00 | None | | | | | | $1,500.00 |
| Pacific City | 1411685 | 10/16/07 | $2,500.00 | None | 10/10/07 | $2,500.00 | 47 item 4844 | | 4847 | $2,500.00 |
| MiRae Bank | 1304450 | 10/17/07 | $2,200.00 | GACC041482 | 10/12/07 | $2,200.00 | 47 item 4816 | | 4819 | $2,200.00 |
| Pacific City | 1411685 | 10/18/07 | $4,400.00 | GACC041482 | 10/12/07 | $4,400.00 | 47 item 4814 | | 4817 | $4,400.00 |
| MiRae Bank | 1304450 | 10/18/07 | $4,850.00 | GACC041482 | 10/12/07 | $4,850.00 | 47 item 4812 | | 4815 | $4,850.00 |
| Pacific City | 1411685 | 10/22/07 | $800.00 | GACC041484 | | | | | | $800.00 |
| MiRae Bank | 1304450 | 10/24/07 | $2,000.00 | GACC041484 | 10/19/07 | $2,000.00 | 46 item 4752 | $2,000.00 | 4755 | 621 |
| Pacific City | 1411685 | 10/24/07 | $2,000.00 | None | 10/19/07 | $2,000.00 | 46 item 4753 | $2,000.00 | 4756 | 621 |
| MiRae Bank | 1304450 | 10/24/07 | $2,200.00 | None | 10/20/07 | $2,200.00 | 46 item 4739 | $2,200.00 | 4742 | 625 |
| Pacific City | 1411685 | 10/25/07 | $493.43 | GACC041484 | | | | | | $493.43 |
| MiRae Bank | 1304450 | 10/30/07 | $800.00 | GACC041486 | | | | | | $800.00 |
| Pacific City | 1411685 | 10/31/07 | $4,867.39 | GACC041486 | 10/24/07 | $4,867.39 | 45 item 4710 | $4,867.39 | 4713 | 626 |
| MiRae Bank | 1304450 | 11/1/07 | $4,826.46 | GACC041486 | 10/24/07 | $4,826.46 | 45 item 4712 | $4,826.46 | 4715 | 626 |
| Pacific City | 1411685 | 11/1/07 | $1,800.00 | None | 10/24/07 | $1,800.00 | 45 item 4695 | | 4698 | $1,800.00 |
| MiRae Bank | 1304450 | 11/1/07 | $800.00 | None | | | | | | $800.00 |
| Pacific City | 1411685 | 11/1/07 | $493.43 | GACC041461 | | | | | | $493.43 |
| MiRae Bank | 1304450 | 11/2/07 | $493.43 | GACC041461 | | | | | | $493.43 |
| Pacific City | 1411685 | 11/2/07 | $4,739.15 | GACC041461 | 10/24/07 | $4,739.15 | 45 item 4711 | $4,739.15 | 4714 | 626 |
| MiRae Bank | 1304450 | 11/2/07 | $2,468.00 | None | 10/26/07 | $2,468.00 | 45 item 4669 | $2,468.00 | 4672 | 629 |
| Pacific City | 1411685 | 11/2/07 | $4,925.00 | GACC041461 | | | | | | $4,925.00 |
| MiRae Bank | 1304450 | 11/5/07 | $4,175.00 | GACC041461 | 10/26/07 | $4,175.00 | 45 item 4672 | $4,175.00 | 4675 | 629 |
| Pacific City | 1411685 | 11/6/07 | $4,260.00 | GACC041461 | 10/26/07 | $4,260.00 | 45 item 4673 | $4,260.00 | 4676 | 629 |
| MiRae Bank | 1304450 | 11/7/07 | $800.00 | GACC041461 | 10/24/07 | $800.00 | 45 item 4697 | | 4700 | $800.00 |
| Pacific City | 1411685 | 11/8/07 | $4,990.00 | GACC041461 | 10/30/07 | $4,990.00 | 45 item 4664 | $4,990.00 | 4667 | 631 |
| MiRae Bank | 1304450 | 11/8/07 | $2,413.39 | GACC041461 | 11/02/07 | $2,413.39 | 45 item 4648 | $2,413.39 | 4651 | 635 |
| Pacific City | 1411685 | 11/8/07 | $4,869.03 | GACC041461 | 11/02/07 | $4,869.03 | 45 item 4647 | $4,869.03 | 4650 | 635 |
| MiRae Bank | 1304450 | 11/9/07 | $2,348.79 | None | 11/02/07 | $2,348.79 | 44 item 4640 | $2,348.79 | 4643 | 635 |
| Pacific City | 1411685 | 11/13/07 | $4,867.98 | GACC041463 | 11/02/07 | $4,867.98 | 44 item 4639 | $4,867.98 | 4642 | 635 |
| MiRae Bank | 1304450 | 11/13/07 | $2,461.14 | None | 11/02/07 | $2,461.14 | 44 item 4643 | $2,461.14 | 4646 | 635 |
| Pacific City | 1411685 | 11/13/07 | $4,639.04 | GACC041463 | 11/02/07 | $4,639.04 | 44 item 4642 | $4,639.04 | 4645 | 635 |
| Pacific City | 1411685 | 11/13/07 | $4,976.23 | GACC041463 | 11/02/07 | $4,976.23 | 44 item 4646 | $4,976.23 | 4649 | 635 |
| **MiRae Bank** | **1304450** | **11/13/07** | **$2,450.00** | **None** | **11/05/07** | **$2,450.00** | **44 item 4611** | **$2,450.00** | **4614** | **636** | **$2,450.00** |
| **Pacific City** | **1411685** | **11/13/07** | **$4,320.00** | **GACC041463** | **11/05/07** | **$4,320.00** | **44 item 4610** | **$4,320.00** | **4613** | **636** | **$4,320.00** |
| MiRae Bank | 1304450 | 11/14/07 | $2,306.51 | None | 11/02/07 | $2,306.51 | 44 item 4638 | $2,306.51 | 4641 | 635 | |
| Pacific City | 1411685 | 11/14/07 | $4,916.37 | GACC041463 | 11/02/07 | $4,916.37 | 44 item 4637 | $4,916.37 | 4640 | 635 | |
| Pacific City | 1411685 | 11/14/07 | $300.00 | GACC041463 | | | | | | | $300.00 |

| Bank | Account | Date | Amount | Check # | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pacific City | 1411685 | 11/19/07 | $700.00 | GACCO041465 | | | | | $700.00 |
| Pacific City | 1411685 | 11/26/07 | $1,200.00 | GACCO041465 | | | | | $1,200.00 |
| Pacific City | 1411685 | 11/29/07 | $695.50 | GACCO041467 | | | | | $695.50 |
| MiRae Bank | 1304450 | 11/30/07 | $740.18 | None | | | | | $740.18 |
| MiRae Bank | 1304450 | 11/30/07 | $750.00 | None | | | | | $750.00 |
| Pacific City | 1411685 | 11/30/07 | $760.00 | GACCO041467 | | | | | $760.00 |
| MiRae Bank | 1304450 | 12/3/07 | $995.00 | None | | | | | |
| Pacific City | 1411685 | 12/3/07 | $4,900.00 | GACCO041450 | 11/27/07 | $995.00 | 42 item 4421 | 4424 | 664 |
| Pacific City | 1411685 | 12/3/07 | $40.00 | GACCO041449 | 11/27/07 | $4,900.00 | 42 item 4431 | 4434 | 664 |
| Pacific City | 1411685 | 12/3/07 | $300.00 | GACCO041450 | | | | | $40.00 |
| Pacific City | 1411685 | 12/4/07 | $1,200.00 | GACCO041450 | | | | | $300.00 |
| MiRae Bank | 1304450 | 12/5/07 | $355.00 | None | | | | | $1,200.00 |
| Pacific City | 1411685 | 12/5/07 | $117.65 | GACCO041450 | | | | | $355.00 |
| Pacific City | 1411685 | 12/5/07 | $300.00 | GACCO041450 | | | | | $117.65 |
| Pacific City | 1411685 | 12/6/07 | $695.50 | GACCO041450 | | | | | $300.00 |
| Pacific City | 1411685 | 12/6/07 | $700.00 | GACCO041450 | | | | | $695.50 |
| MiRae Bank | 1304450 | 12/7/07 | $8,700.00 | None | 11/27/07 | $8,700.00 | | 4437 | 665 | $700.00 |
| Pacific City | 1411685 | 12/10/07 | $750.00 | None | | | | | $750.00 |
| MiRae Bank | 1304450 | 12/10/07 | $300.00 | GACCO041450 | | | | | $300.00 |
| Pacific City | 1411685 | 12/10/07 | $4,370.00 | GACCO041450 | | | | | $4,370.00 |
| Pacific City | 1411685 | 12/10/07 | $4,850.00 | GACCO041451 | | | | | $4,850.00 |
| Pacific City | 1411685 | 12/12/07 | $4,880.00 | GACCO041451 | | | | | $4,880.00 |
| Pacific City | 1411685 | 12/13/07 | $4,050.00 | GACCO041451 | 11/27/07 | $4,050.00 | 42 item 4418 | 4421 | 664 |
| Pacific City | 1411685 | 12/14/07 | $4,910.00 | GACCO041451 | 12/06/07 | $4,910.00 | 41 item 4334 | 4337 | 675 |
| MiRae Bank | 1304450 | 12/17/07 | $9,370.00 | None | 12/10/07 | $9,370.00 | 40 item 4294 | 4297 | 678 |
| MiRae Bank | 1304450 | 12/17/07 | $8,735.00 | None | | | | | $8,735.00 |
| Pacific City | 1411685 | 12/17/07 | $4,975.15 | GACCO041451 | | | | | $4,975.15 |
| MiRae Bank | 1304450 | 12/18/07 | $75.03 | None | | | | | $75.03 |
| MiRae Bank | 1304450 | 12/18/07 | $121.76 | None | | | | | $121.76 |
| MiRae Bank | 1304450 | 12/27/07 | $9,200.00 | None | 12/19/07 | $9,200.00 | 39 item 4208 | 4211 | 691 | $9,200.00 |
| MiRae Bank | 1304450 | 12/28/07 | $110.49 | None | | | | | $110.49 |
| Pacific City | 1411685 | 12/28/07 | $850.00 | GACCO041452 | | | | | $850.00 |
| **2007 Returned Items-Per Statement** | | | **$1,152,045.50** | | | **$319,847.48** | | | **$783,949.48** | **$368,096.02** **$244,604.00** **$9,200.00** |