ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DAVID L. KIRMAN (Cal State Bar No.: 235175)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4442
    Facsimile: (213) 894-2387
    E-mail: david.kirman@usdoj.gov

JAIKUMAR RAMASWAMY, Chief
KEVIN G. MOSLEY, Trial Attorney
Asset Forfeiture and Money Laundering Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue, N.W.
    Washington, DC 20530
    Telephone: (202) 598-2801
    Facsimile: (202) 616-2547
    E-mail: kevin.mosley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 12-560-JFW |
|---|---|
| Plaintiff, | EX PARTE APPLICATION TO FILE REPLY TO DEFENDANT KAREN GASPARIAN'S RESPONSE TO THE GOVERNMENT'S SENTENCING POSITION; DECLARATION OF DAVID L. KIRMAN; MEMORANDUM OF POINTS AND AUTHORITIES |
| v. | |
| KAREN GASPARIAN, | |
| Defendant. | |

    Plaintiff United States of America, by and through its attorneys of record, Assistant United States Attorney David L. Kirman and Department of Justice Trial Attorney Kevin G. Mosley,

i

hereby files an ex parte application to file a reply to defendant Gasparian's response to the government's sentencing position. This application is based on the attached declaration of David L. Kirman, the files and records in this case, and other argument the Court may wish to hearing at the sentencing hearing.

Dated: January 10, 2013

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
DAVID L. KIRMAN
Assistant United States Attorney


JAIKUMAR RAMASWAMY, Chief
Asset Forfeiture and Money
Laundering Section
Criminal Division
U.S. Department of Justice


_____/s/_____
KEVIN G. MOSLEY
Trial Attorney
Asset Forfeiture and Money
Laundering Section
U.S. Department of Justice
Attorneys for Plaintiff
United States of America

DECLARATION OF AUSA DAVID L. KIRMAN

I, David L. Kirman, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys who represents the government in <u>United States v. G&A Check Cashing et al.</u>, CR 12-560-JFW.

2. The government requests leave to file a reply to defendant Karen Gasparian's response to the government's sentencing position.

3. On November 8, 2012, the Court ordered sentencing for defendant Gasparian continued to January 14, 2012 at 10:00 a.m. and set the following briefing schedule: objections to the PSR and sentencing positions shall be due on 12/17/2012, and responses, if any, shall be due on 1/3/2013. The briefing schedule did not provide for a third round of briefing.

4. On January 5, 2012, defendant filed a response to the government's sentencing position containing new arguments and expert evidence. The government had no notice of the expert evidence and defendant had not previously relied on it in his sentencing position. The government believes that these arguments and evidence should have been included in defendant's original sentencing position. Defendant knew the government's position on the amount of funds for which defendant failed to file a CTR ("bundled funds") since early in the case and received the PSR's position regarding the bundled funds in October of 2012.

5. Defendant did not raise the specific objections to the government's calculation of the amount of bundled funds or

include expert evidence on the bundled funds in his original sentencing position, which would have allowed the government to analyze those documents and prepare a response.

6. Therefore, the government respectfully requests permission to file this response to address the arguments raised in defendant's response as well as provide a status report on the accounting G&A was supposed to provide.

7. On January 10, 2012, I sent an email to counsel for each defendant asking their position on the government's ex parte application. As of the time of this filing, no counsel objected.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: January 10, 2013

_____
DAVID L. KIRMAN